UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON, | No. C 14-4518 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CLIFF ALLENBY, Director of California Department of State Hospitals; et al., | |
| Defendants. | |

Plaintiff, currently housed at the Coalinga State Hospital in Coalinga, filed this *pro se* civil right action under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claims in the complaint occurred at that hospital, which is located in Fresno County, within the venue of the Eastern District of California. Defendants work at that hospital or at the state capitol and apparently reside in the Eastern District of California. No defendant is alleged to reside in the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: December 4, 2014

SUSAN ILLSTON
United States District Judge