1

2

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10                          EASTERN DISTRICT OF CALIFORNIA

11

12

ALFONSO MOUZON,                        Case No. 1:14-cv-1944-MJS (PC)

13
                  Plaintiff,           **ORDER RELATING CASES**
14

15        v.

CLIFF ALLENBY, et al.,
16
                  Defendants.
17

18

19
        Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. section 1983
20
challenging Defendants' assessment, classification and detention of Plaintiff under
21
California's Sexually Violent Predator Act and failure to provide him outpatient treatment
22
in violation of the Fourteenth Amendment of the U.S. Constitution.
23
        A number of virtually identical actions have been filed in or transferred to this
24
Court. The Court's review of these cases reveals that the instant action is related under
25
Local Rule 123 to the action entitled Klein v. King, 1:14-cv-01440-MJS. The actions are
26
based on the same underlying facts and involve overlapping questions of law and fact.
27
        Accordingly, IT IS HEREBY ORDERED that the Office of the Clerk shall relate
28
                                            1

1   this case with case 1:14-cv-01440-MJS.

2

3   IT IS SO ORDERED.

4      Dated:    December 15, 2014          /s/ *Michael J. Seng*

5                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28