UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFF ALLENBY,<br><br>    Defendant. | 1:14-cv-01944-LJO-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT A **COMPLETED** NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400 FILING FEE WITHIN THIRTY DAYS<br><br>(ECF No. 9)<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, plaintiff filed an application to proceed in forma pauperis. (ECF No. 9.) However, the application was incomplete and the fields for Plaintiff to submit his financial information were left blank. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner;**

1

2. Within thirty days of the date of service of this order, Plaintiff shall submit the **completed** and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   January 13, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE